USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-22-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SIU KEUNG LEUNG,

Plaintiff,

-against- 26-cv-5453 (LAK)

FUTO HOLDINGS LIMITED, et al.,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

The proposed stipulation regarding plaintiff's amended complaint and defendant's [*sic*] anticipated motion to dismiss is rejected. With all due respect to counsel, the Court does not consider a period of nearly nine months to be reasonable for the preparation of an amended complaint and of a motion to dismiss an amended complaint. *See.* Fed. R. Civ. P. 1. Counsel may submit a more reasonable proposed schedule for consideration.

SO ORDERED.

Dated: October 22, 2026

Lewis A. Kaplan
United States District Judge